# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| LAWYERS TITLE INSURANCE CORPORATION | § § § | |
| v. | § | Case No. 4:08-cv-243 |
| DOUBLETREE PARTNERS, L.P. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Doubletree Partners, L.P.'s Motion to Dismiss (Dkt. 6) be DENIED.

The Court, having made a *de novo* review of the objections raised by Defendant, as well as the Magistrate Judge's March 24, 2009 Order denying Defendant's motion for reconsideration (Dkt. 24), is of the opinion that the findings and conclusions of the Magistrate Judge, as set forth in the report and recommendations as well as the order denying the motion for reconsideration, are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court, and Defendant Doubletree Partners, L.P.'s Motion to Dismiss (Dkt. 6) is DENIED.

**IT IS SO ORDERED.**
**SIGNED this 30th day of March, 2009.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE