# TAB 13

# G & A Consultants, Inc.

SITE PLANNING • PLATTING
CIVIL ENGINEERING
LAND SURVEYING
LANDSCAPE ARCHITECTURE
111 Hillside Drive • Lewisville, Texas 75057
(972) 436-9712 • Fax (972) 436-9715

**Client**

Double Tree Partners, LP
c/o LandAmerica American Title Company
3360 Long Prairie Road, Suite 200
Flower Mound, Texas 75022

| Date | Invoice No. | Terms | Job No. |
|------|------------|-------|---------|
| 11/5/2007 | 14195 | Net 30 | 06023 |

**Description of Services**

For professional services rendered in revising Survey Plat for
36.379 acres, in the W.P. Pearce Survey, Abstract No. 1015,
and Francis Pearce Survey, Abstract No. 1016, in the City of
Highland Village, Texas. LandAmerica GF No. 2012001990

Revised Survey Plat                                                1,500.00



Paine
EXHIBIT NO. 290
LD 3-15-11

**Total Amount Due This Invoice**                         $1,500.00

G&A 00185

APP 000141

# G & A Consultants, Inc.

SITE PLANNING • PLATTING
CIVIL ENGINEERING
LAND SURVEYING
LANDSCAPE ARCHITECTURE
111 Hillside Drive • Lewisville, Texas 75057
(972) 436-9712 • Fax (972) 436-9715

**Client**

Mr. Fred Placke
Double Tree Partners, LP
1990 Justin Road
Highland Village, Texas 75077

| Date | Invoice No. | Terms | Job No. |
|---|---|---|---|
| 8/25/2006 | 13283 | Upon Receipt | 06023 |

**Description of Services**

For professional services rendered in the preparation of Tree
Survey for 36.379 acres, in the W.P. Pearce Survey, Abstract
No. 1015 and the Francis Pearce Survey, Abstract No. 1016,
in the City of Highland Village, and being the Double Tree
Ranch site.

| | | |
|---|---|---|
| Tree Survey Per Agreement | ($20,000 X 100%) | 20,000.00 |
| Less Retainer | | -5,000.00 |

**Total Amount Due This Invoice**              $15,000.00

G&A 00186

APP 000142

# G & A Consultants, Inc.

SITE PLANNING • PLATTING
CIVIL ENGINEERING
LAND SURVEYING
LANDSCAPE ARCHITECTURE
P.O. Box 1398 • Lewisville, Texas 75067
(972) 436-9712 • Fax (972) 436-9715

**Client**

Mr. Fred Placke
c/o LandAmerica American Title
3360 Long Prairire Road
Suite 200
Flower Mound, Texas 75022

| Date | Invoice No. | Terms | Job No. |
|------|-------------|-------|---------|
| 3/28/2006 | 12879 | Upon Receipt | 06023 |

**Description of Services**

For professional services rendered in preparing Survey Plat
for approximately 36.379 acres, in the W.P. Pearce Survey,
Abstract No. 1015 and Francis Pearce Survey, Abstract No.
1016, in the City of Highland Village, Texas.
LandAmerica GF No. 2012000740

| | | |
|---|---|---|
| Registered Professional Land Surveyor | 1.0 Hrs @ $120 | 120.00 |
| Survey Technician | 15.0 Hrs @ $ 90 | 1,350.00 |
| CAD Technician | 19.5 Hrs @ $ 90 | 1,755.00 |
| Office Services | 2.0 Hrs @ $ 50 | 100.00 |
| GPS Survey Crew | 7.0 Hrs @ $190 | 1,330.00 |
| Two Man Survey Crew | 35.0 Hrs @ $125 | 4,375.00 |
| Subtotal | | 9,030.00 |

**Total Amount Due This Invoice**  $9,030.00

G&A 00187

APP 000143